IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAHQUEZ R. GLANTON, AIS 296577, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL CASE NO. 1:21-cv-734-ECM |
|  | ) (WO) |
| JASON SMOAK, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On February 14, 2022, the Magistrate Judge entered a Recommendation (doc. 15) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice.

A separate Final Judgment will be entered.

DONE this 28th day of March, 2022.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE